UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:05-CR-97-18FL

UNITED STATES OF AMERICA, :
:
v. : <u>ORDER</u>
:
FREDERICO HERRERA PEREZ :
    Defendant. :

This cause is before the court on the Government's Motion to Dismiss the Indictment as to the above listed defendant because the defendant has been a fugitive since 2004 and the Drug Enforcement Administration has no leads as to Defendant's whereabouts.

Therefore, for good cause shown, the Indictment charging this Defendant is hereby dismissed.

This <u>6th</u> day of January, 2016.

                                   _____
                                   LOUISE W. FLANAGAN
                                   United States District Court Judge